Theodore **PENSAK**

v.

**ALLSTATE INSURANCE COMPANY**

v.

Sheldon **BARBER.**

No. 78–307–Appeal.

Supreme Court of Rhode Island.

May 9, 1980.

Kirshenbaum & Kirshenbaum, Vincent Morgera, Providence, for plaintiff.

Anderson, Henning & Anderson, Paul A. Anderson, Providence, for Allstate Insurance Company.

ORDER

This case came before us on May 8, 1980 pursuant to our order directing plaintiff to appear and show cause why his appeal should not be dismissed. After consideration of the arguments presented and in view of our decision in *Ziegelmayer v. Allstate Ins. Company*, R.I., 403 A.2d 653 (1979), we are of the opinion that cause has not been shown and, accordingly, plaintiff's appeal is hereby dismissed.

**TOWN OF GLOCESTER**

v.

**LUCY CORPORATION.**

No. 80–182–A.

Supreme Court of Rhode Island.

May 12, 1980.

Robert G. Flanders, Jr., Providence, for plaintiff.

Raymond R. Pezza, Providence, for defendant.

ORDER

This case came before the court on May 6, 1980, on the defendant's motion for stay of a Superior Court order granting plaintiff's request for a permanent injunction. Upon consideration of the arguments presented, we hereby deny the motion for stay. This case is assigned to the October, 1980 calender for oral argument.